AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SEAN ERIN NELSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV110-94

THE DEPARTMENT OF VETERANS AFFAIRS
OF THE UNITED STATES, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of December 15, 2010, adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court, Judgment is entered dismissing this case for failure to state a claim upon which relief can be granted, and this civil action stands closed.

12/15/2010
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03